UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MATTHEW DAVIS and<br>CHRISTY GERMANY-DAVIS,<br><br>        Plaintiffs,<br><br>vs.<br><br>SERGIO FELIX ROCHA and<br>MDD LOGISTICS, INC.,<br><br>        Defendants. | No. 1:23-cv-00120-CEA-SKL |

## NOTICE OF SUBSTITUTION

Notice is hereby given, pursuant to Local Rule 83.4, that Plaintiffs substitute Cameron C. Kuhlman (Ga. Bar. 596159) as counsel of record in place of Nathan E. Evans, following Mr. Evans' resignation from the firm, Wettermark & Keith, LLC.

Contact information for new counsel is as follows:

  CAMERON C. KUHLMAN
  **WETTERMARK & KEITH, LLC**
  629 Market Street, Suite 101
  Chattanooga, TN 37402
  Phone: (423) 933-1080
  Fax: (205) 460-2596
  ckuhlman@wkfirm.com

RESPECTFULLY SUBMITTED this 5th day of September, 2024.

                */s/ Cameron C. Kuhlman*
                CAMERON C. KUHLMAN
                Georgia Bar Number: 596159
                *Attorney for Plaintiff*

**WETTERMARK & KEITH, LLC**
629 Market Street, Suite 101
Chattanooga, TN 37402
Phone: (423) 933-1080
Fax: (205) 460-2596
ckuhlman@wkfirm.com